# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF ALABAMA

DEBTOR(S)                                    CASE NO: 05-13088
       Carrie Lee Taylor
                          CHAPTER 13 PLAN

1. **The following amount of the future earnings of the debtor (s) is submitted to the supervision and control of the Court and shall be paid by the debtor (s) (or debtor(s)' employer) to the Chapter 13 Trustee IMMEDIATELY:**

   $ 300.00_____    _____weekly,  _X_ monthly,  ___semimonthly,  ____ every two weeks

2. **After the Bar Date the Trustee shall make disbursements from the payments received as follows:**

   a.  Trustee's commission **(monthly)**     **Attorney's fees (over 6 months)**
   b.  **After the above payments, 100% pro rata. dividends to all secured creditors whose claims are allowed, including the following:**

| SECURED CREDITORS | MONTHLY PAYMENT (100% PRO RATA IF BLANK) | COLLATERAL VALUE VALUE | INTEREST @% |
|---|---|---|---|
| HSBC Auto Finance | $ 200.00 | $ 10,000.00 | 6 % |
| Tameron Automotive | $ 200.00 | $ 10,000.00 | 6 % |
|  | $ | $ | % |
|  | $ | $ | % |

   **DIRECT PAYMENTS: The following payments on secured claims** *shall be paid directly by the debtor(s)* and *not* **from the monthly payments to the Trustee:**

                          **MONTHLY PAYMENT**

| | | | | |
|---|---|---|---|---|
| Acceptance Loan | $ 464.00 | **ARREARAGE @ 100%** | _DIRECT_X | **PLAN** |
|  | $ | ARREARAGE @ 100% | _DIRECT_ | **PLAN** |

   c.  Any claim entitled to priority pursuant to and in the order set forth in 11 USC §507, unless the priority has been expressly waived.

   d.  All nonpriority, unsecured claims to be paid ___10_% *PRO RATA (100* if blank)*

   e.  A holder of a secured claim shall retain the lien securing the claim, unless otherwise provided herein.

3. If applicable, the following executory contracts of the debtor(s) are rejected:

4. Title to the debtor's property shall revest in the debtor(s) upon discharge of the debtor(s) or dismissal of the case.

5. This is a sixty (60) onthm plan unless otherwise provided.

6. Other provisions:

DATED: 7/11/05_____          /s/ Carrie Lee Taylor_____
                                  Debtor's Signature

                                  _____
                                  Joint Debtor's Signature

TO FILE AN OBJECTION TO CONFIRMATION OR A PROOF OF CLAIM FORM, go to the Bankruptcy Court's website at www.alsb.uscourts. ov and click "electronic filing." All documents must be filed over the Internet as the Bankruptcy Court no longer accepts paper documents.

(Rev. 5/13/04)