UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

In Re:

CARRIE LEE TAYLOR

Debtor                                            Case No. 05-13088-MAM-13

## ORDER CONFIRMING PLAN AND PAYMENT ORDER

The debtor's Plan of Reorganization ("Plan") was filed on July 11, 2005 (if appropriate, as amended in Court). Appropriate notice was given. Any payment required by the Plan has been made, and

The Court having determined that the plan meets the requirements of 11 USC §1325, it is ORDERED that:

1. The debtor's Plan (If applicable, as amended) is confirmed.
2. Until further order of the Court, the debtor shall pay to the Standing Chapter 13 Trustee the sum of $458.00 per month.
3. From the payments so received, the Chapter 13 Trustee shall make disbursements as follows:
   (a) Administrative Claims allowed under 11 USC §503(b) and pursuant to local order, including an attorney fee to Michael B. Smith in the amount of $1,800.00.
   (b) After the above payments, 100% pro rata dividends to all secured creditors whose claims are allowed, including the following:

| SECURED CREDITORS | MONTHLY PAYMENT | COLLATERAL VALUE | INTEREST |
|---|---|---|---|
| HOUSEHOLD AUTOMOTIVE FINANCE | $280.57 | $13,837.50 | 8% |
| DEBTOR TO MAINTAIN FULL COVERAGE INSURANCE ON COLLATERAL WITH CREDITOR NAMED AS LOSS PAYEE. | | | |
| TAMERON AUTOMOTIVE | $200.00 | $10,000.00 | 6% |
| MERCHANTS BANK | $ 50.00 | $ 1,883.00 | 6% |
| DIRECT PAYMENTS | | | |
| ACCEPTANCE LOAN | $464.00 | | |

MORTGAGE ARREARAGE TO BE PAID 100% THROUGH THE PLAN

   (c) Any claim entitled to priority pursuant to and in the order set forth in 11 USC §507, unless the priority has been expressly waived.
   (d) All nonpriority, unsecured claims to be paid 10% or higher PRO RATA.
4. A holder of a secured claim shall retain the lien securing the claim, unless otherwise provided in the Plan.
5. Jurisdiction is retained during the pendency of this proceeding over the debtor and the debtor's property, including wages and earnings, wherever located.
6. Exempt assets are limited to the specific values set forth in the Schedules or by separate order of the Court. All non-exempt assets, or assets exceeding said values, are property of the estate and shall be available to the Chapter 13 Trustee for distribution.

7. This proceeding is confirmed on a sixty (60) month Plan.

DATED: November 15, 2005

                                          /s/Margaret A. Mahoney
                                          MARGARET A. MAHONEY
                                          UNITED STATES BANKRUPTCY JUDGE

**DISBURSEMENTS WILL COMMENCE AFTER THE BAR DATE.**
                                                                                        (Rev. 5-16-05)