IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

In Re: CARRIE LEE TAYLOR,     *

Debtor.     *     Case No.: 05-13088-MAM-13

## OBJECTION TO MOTION TO INCREASE

COMES NOW the Debtor, Carrie Lee Taylor, and objects to the Trustee's motion to increase her Chapter 13 plan payments.

Respectfully submitted,

/s/ Michael B. Smith
Michael B. Smith
1325 Dauphin Street
Mobile, AL 36604
Telephone: 251-441-8077
Facsimile: 251-441-8919